PER. CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   12.

*For reversal*—None.

---

FORT LEE AND MANHATTAN REALTY CORPORATION, APPELLANT, v. HARRINGTON COMPANY, RESPONDENT.

Submitted October 29, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, whose opinion is reported in 102 *N. J. L.* 541.

For the appellant, *Wright, Vander Burgh & McCarthy.*

For the respondent, *Harry B. Brockhurst.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   11.

*For reversal*—None.